**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604
Submitted July 23, 2018
Decided July 24, 2018

Before

RICHARD A. POSNER, *Circuit Judge*[*]

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 16-3041

SANDRA RIEDERER,
    *Plaintiff-Appellee,*

        *v.*

UNITED HEALTHCARE SERVICES, INC.,
    *Defendant-Appellant.*

Appeal from the United
States District Court for
the Eastern District of
Wisconsin.

No. 15-C-1292
William C. Griesbach,
*Chief Judge.*

On Remand from the
Supreme Court of the
United States.

**Order**

The decision of the district court is vacated, and the case is remanded for further proceedings in light of *Epic Systems Corp. v. Lewis*, 138 S. Ct. 1612 (2018).

---

[*] Circuit Judge Posner retired on September 2, 2017, and did not participate in the decision of this case, which is being resolved by a quorum of the panel under 28 U.S.C. §46(d).